# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: John P. Luttio

Chapter 7 Case No. 09-44982

Please Check One:

☒ Unclaimed Dividends

☐ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital One Bank (USA) N.A. c/o TSYS Debt Management P.O. Box 5155 Norcross, GA 30091 | 4 | $14,119.05 | $285.59 |

Date: June 18, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN 55402
(612) 332-8871   #63538